In the Matter of the Accounting of JACOB GROSS, as Executor of SARAH SNOPEK, Appellant; NATHAN SNOPEK, Respondent.

SEYMOUR MORK, as Special Guardian for Infants, Appellant.

Submitted October 1, 1937; decided October 19, 1937.

*Nat. C. Helman* for Jacob Gross, as executor, appellant.
*Seymour Mork,* as special guardian, appellant.
*Paul Abrams* and *Oscar Levine* for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.